IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| J.T, Jr. a minor who sues by and through SUSAN THODE, his mother and next of friend, | * * * * |
| Plaintiffs, | * |
| | * CASE NO.: 2:09cv643- WHA |
| v. | * |
| | * |
| MONSTER MOUNTAIN, LLC, D/B/A MONSTER MOUNTAIN MX PARK; DOUBLE AA ENTERPRISES, LLC; AND PRECISION CYCLES, LLC, D/B/A TRACK SIDE PERFORMANCE PRO SHOP; WILLIAM ANDERSON, III; MILAN HARRIS, | * * * * * * * * * |
| Defendants. | * * |

**PLAINTIFFS' EXHIBIT LIST**

| No. | Description |
|---|---|
| 1. | Radialogic Associates NW bill (3 MRI's) |
| 2. | Porter Hospital Diagnostic Services |
| 3. | University Anesthesiologist bill (7/2009 surgery) |
| 4. | University Anesthesiologist record (7/2009 surgery) |
| 5. | Diagram of lower leg fracture (Dr. Kogan) (Salter IV) |
| 6. | Photograph of motorcycle post-wreck |
| 7. | Accelerated Rehab Center bill |
| 8. | Accelerated Rehab Center record |
| 9. | Porter Hospital bill (2/10/2009) |
| 10. | Porter Memorial Hospital record (Dr. Cole visit)(2/10/2009) |
| 11. | Midwest Orthopedics bill (Dr. Kogan) |
| 12. | Midwest Orthopedics records |
| 13. | Rush University Medical Center bill (7/18/2009 surgery) |
| 14. | Rush University Medical Center records |
| 15. | Photograph of motorcycle post-wreck |
| 16. | Photograph of motorcycle post-wreck |
| 17. | Photograph of J.T., Jr. post-wreck (eye) |
| 18. | Photograph of motorcycle pre-wreck |

| 19. | Milanshocks.com web page |
|---|---|
| 20. | Precision Cycles, LLC- Secretary of State page |
| 21. | Radiology Group, PA bill |
| 22. | Jackson Imaging Center (Tibia Fracture Report) |
| 23. | Diagram Salter II Fracture |
| 24. | Jackson Imaging Center (Forearm Fracture Report) |
| 25. | Diagram of Forearm Fracture |
| 26. | Jackson Imaging Center (Pelvis Fracture) |
| 27. | Diagram of Pelvis Fracture |
| 28. | Jackson Imaging Center (Femur Fracture) |
| 29. | Diagram of Femur Fracture |
| 30. | Alabama Orthopedic Specialist bill |
| 31. | Alabama Orthopedic Specialist records |
| 32. | Jackson Montgomery Emergency Physician, LLC bill |
| 33. | Jackson Hospital Emergency Department records |
| 34. | Haynes Ambulance bill |
| 35. | Haynes Ambulance records |
| 36. | Montgomery Anesthesia Associates bill |
| 37. | Jackson Hospital bill |
| 38. | Jackson Hospital records |
| 39. | Precision Cycles webpage |
| 40. | Photograph- other gate |
| 41. | Photograph- view starting gate to top of hill |
| 42. | Photograph- view of track |
| 43. | Photograph- William Anderson's apartment |
| 44. | Photograph- William Anderson's apartment with gate |
| 45. | Photograph- Milan Harris' shop |
| 46. | Photograph- Milan Harris' shop |
| 47. | Photograph- view from front gate to starting area |
| 48. | Photograph- view from front gate to starting area |
| 49. | Photograph- top of hill |
| 50. | Photograph- top of hill |
| 51. | Photograph- back of hill |
| 52. | Photograph- parking area |
| 53. | Photograph- snack building area |
| 54. | Photograph- tractor/bobcat |
| 55. | Photograph- gate entrance |
| 56. | Photograph- gate with hill in background |
| 57. | Photograph- starting gate area-entrance gate |
| 58. | Photograph- hill |
| 59. | Photograph- bottom of hill |
| 60. | Photograph- bottom of hill |
| 61. | Photograph- halfway up hill |
| 62. | Photograph- halfway up hill |
| 63. | Photograph- top of hill |

| 64. | Aerial photograph of track |
|-----|----------------------------|
| 65. | Email 11/05/2004- Milan Harris |
| 66. | Warranty deed (3/09/2006- Jeffcoat to Double AA) |
| 67. | Mortgage (Double AA to Anderson) |
| 68. | Second Mortgage (Double AA to Anderson) |
| 69. | Stipulation of Mortgage (Double AA to Anderson) |
| 70. | Secretary of State page- Monster Mountain, LLC |
| 71. | Secretary of State page- Double AA |
| 72. | Waiver- 1/31/2009 through 2/01/2009 |
| 73. | Waiver- 2/01/2009 |
| 74. | Waiver- 2/01/2009 |
| 75. | Waiver- 2/01/2009 |
| 76. | AMA Waiver Form |
| 77. | Monster Mountain webpage |
| 78. | Monster Mountain rules |
| 79. | Motocross Safety Council rules |
| 80. | Subrogation Agreement (Porter County Government) |
| 81. | Photograph- J. T., Jr. hip |
| 82. | Photograph- J. T., Jr. leg |
| 83. | Photograph- J. T., Jr. leg |
| 84. | Photograph- J. T., Jr. at hospital |
| 85. | Photograph- J. T., Jr. hands |
| 86. | Photograph- J. T., Jr. leg |
| 87. | Photograph- J. T., Jr. 15th birthday |
| 88. | Photograph- J. T., Jr. at home March 2009 |
| 89. | Photograph |
| 90. | Monster Mountain video- Jeff |
| 91. | Article- Qualifies for National |
| 92. | Article- Competes at National |
| 93. | Composite of out-of-pocket expenses |

Any exhibit listed by the Defendants.

Any document necessary for rebuttal.

Plaintiff reserves the right to supplement his exhibit list.

        /s/ Michael J. Crow
MICHAEL J. CROW (CRO039)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343
mike.crow@beasleyallen.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing document with the Court using the CM/ECF system and/or served the foregoing with upon the parties listed below via U.S. Postal Mail on this the 9th day December, 2010.

        /s/ MICHAEL J. CROW
        OF COUNSEL

**Attorney for Defendants, Monster Mountain, LLC, d/b/a Monster Mountain MX Park; Double AA Enterprises, LLC; and William Anderson, III:**

R. Brett Garrett
Thomas Sexton
Rushton, Stakely, Johnston & Garrett, PA
PO Box 270
Montgomery, AL 36101-0270
bg@rsjg.com (email)

**Attorney for Defendants Precision Cycle, LLC, and Milan Harris:**

Joseph W. Warren
JOSEPH W. WARREN, P.C.
6706 Taylor Circle
Montgomery, AL 36117