IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.T., Jr., a minor who sues by and through SUSAN THODE, his mother and next of friend,<br>           Plaintiff,<br><br>v.<br><br>MONSTER MOUNTAIN, LLC, D/B/A MONSTER MOUNTAIN MX PARK; DOUBLE AA ENTERPRISES, LLC; PRECISION CYCLES, LLC, D/B/A TRACK SIDE PERFORMANCE PRO SHOP; WILLIAM ANDERSON, III; and MILAN HARRIS,<br>           Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.  2:09cv643-WHA-TFM<br>)                     (WO)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

After a telephone conference with counsel, it is hereby ORDERED that the Motion to Continue Trial (Doc. #108) is GRANTED and trial of this case is continued from the February 6, 2012 trial term to the trial term beginning June 18, 2012.

The case will be disposed of on or before June 18, one way or another.

Done this 13th day of January, 2012.

                                                      /s/ W. Harold Albritton
                                                    W. HAROLD ALBRITTON
                                                    SENIOR UNITED STATES DISTRICT JUDGE