IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.T., Jr., a minor who sues by and through SUSAN THODE, his mother and next of friend, | ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:09cv643-WHA-TFM |
| | )                    (WO) |
| MONSTER MOUNTAIN, LLC, D/B/A MONSTER MOUNTAIN MX PARK; DOUBLE AA ENTERPRISES, LLC; PRECISION CYCLES, LLC, D/B/A TRACK SIDE PERFORMANCE PRO SHOP; WILLIAM ANDERSON, III; and MILAN HARRIS, | ) ) ) ) ) ) ) |
| Defendants. | ) |

ORDER

Upon consideration of the Plaintiff's Omnibus Motions in Limine (Doc. # 121), it is hereby

ORDERED that the Defendant show cause **on or before June 8, 2012**, why the motion should not be granted.

Done this 1st day of June, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
UNITED STATES DISTRICT JUDGE